FILED
CLERK, U.S. DISTRICT COURT

JUL 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Federal Home Loan Mortgage Corporation        CV13-4751 UA (SH)

Plaintiff,

vs.

Alfonso Luna
Otilia Luna,

Defendants.

---

## ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION

The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

On July 1, 2013, Defendants Alfonso Luna and Otilia Luna, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1    Simply stated, Plaintiff could not have brought this action in federal court in
2    the first place, in that Defendants do not competently allege facts supplying either diversity
3    or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a);
4    *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162
5    L.Ed.2d 502 (2005).   Even if complete diversity of citizenship exists, the amount in
6    controversy does not exceed the diversity-jurisdiction threshold of $75,000. *See* 28 U.S.C.
7    §§ 1332, 1441(b).   On the contrary, the unlawful-detainer complaint recites that the
8    amount in controversy does not exceed $10,000.

9    Nor does Plaintiff's unlawful detainer action raise any federal legal question.
10   *See* 28 U.S.C. §§ 1331, 1441(b).

11   Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
12   Superior Court of California, Los Angeles County, Central District, Stanley Mosk
13   Courthouse, 111 North Hill Street, Los Angeles, CA 90012, for lack of subject matter
14   jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this
15   Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

16   IT IS SO ORDERED.
17   DATED: 7/10/13

18
19
20   _____
21   GEORGE H KING
     CHIEF UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28